RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Nisha_Brooks-Whittington@fd.org

Attorney for Shawn R. Curl

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHAWN R. CURL,<br><br>　　　　　Defendant. | Case No. 3:19-cr-00006-MMD-WGC<br><br>**Stipulation for Extension of Time to File Defendant's Reply to the Government's Response to Motion for Compassionate Release**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Andolyn R. Johnson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Shawn R. Curl, request that the due date for Mr. Curl's Reply to the Government's Response to Motion for Compassionate Release (ECF No. 70), be extended from May 18, 2023, to June 19, 2023.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to review the government's response, discuss it with Mr. Curl, and to prepare the reply.

2. The additional time requested by the stipulation is made in good faith and not for purposes of delay.

1       This is the first request for a continuance of the reply.

2       DATED this 16th day of May 2023.

4 RENE L. VALLADARES             JASON M. FRIERSON
   Federal Public Defender              United States Attorney

7 By */s/ Nisha Brooks-Whittington*     By */s/ Andolyn R. Johnson*
   NISHA BROOKS-WHITTINGTON     ANDOLYN R. JOHNSON
   Assistant Federal Public Defender     Assistant United States Attorney

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHAWN R. CURL,<br><br>　　　　　Defendant. | Case No. 3:19-cr-00006-MMD-WGC<br><br>ORDER |

　　　IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Reply to The Government's Response to Motion for Compassionate Release, that the Defendant's deadline to file his Reply is extended to June 19, 2023.

　　　DATED this 17th day of May 2023.

_____
UNITED STATES DISTRICT JUDGE